UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY DEAN JANSEN,

        Plaintiff,

   v.

        Case No. 20-cv-1772-bhl

THE NATIONAL GUARD,
UNITED STATES FEDERAL GOVERNMENT,

        Defendants,

## ORDER

On December 1, 2020, plaintiff Gary Jansen filed a pro se complaint against The National Guard and Federal Government. (ECF No. 1.) On March 8, 2021, after plaintiff failed to take any actions to prosecute his lawsuit, the Court notified Jansen that, pursuant to Fed. R. Civ. P. 4(m), the Court would dismiss his case if he did not show cause for failing to properly and timely serve the complaint on the defendants. (ECF No. 4.) The Court allowed plaintiff until March 15, 2021 to respond to the order to show cause. (*Id.*) As of the date of this order, plaintiff has failed to respond to the order to show cause and has not shown the Court that he properly and timely served the defendants. Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's case is **DISMISSED without prejudice** for failure to prosecute based on his failure to respond to the Court's order to show cause. The clerk's office will enter judgment accordingly.

Dated at Milwaukee, Wisconsin on March 19, 2021.

                                        s/ Brett H. Ludwig
                                        BRETT H. LUDWIG
                                        United States District Judge